UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLIE WYMAN,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

File no: 1:20-cv-676

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No.20) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision of the Commissioner of Social Security is hereby **VACATED** and this matter is **REMANDED** for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Date:   October 7, 2021

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE